

1  FARHAD NOVIAN, ESQ. (SBN 118129)
   JOSH MENDELSOHN, ESQ. (SBN 228888)
2  **NOVIAN & NOVIAN, LLP**
   **Attorneys at Law**
3  1801 Century Park East, Suite 1201
   Los Angeles, Ca. 90067
4  Tel: (310) 553-1222
   Fax: (310) 553-0222
5
   Attorneys For Plaintiff
6  MZZ, LLC

   RECEIVED
   BUT NOT FILED

   SEP 2 4 2004

   FILED
   CLERK, U.S DISTRICT COURT

   SEP 2 9 2004

   CENTRAL D          OF CALIFORNIA
                      DEPUTY

   COPY

   Priority
   Send
   Enter
   Closed
   JS-5/JS-6
   JS-2/JS-3
   Scan Only

   UNITED STATES DISTRICT

   CENTRAL DISTRICT OF CALIFORNIA

   CLERK, U.S. District Court
   CENTRAL DISTRICT OF CALIFORNIA
   WESTERN DIVISION
                            DEPUTY
   BY

   MZZ, LLC, a California limited liability
10 company,

            Plaintiff,
12
                    v.
13
14 TEEVEE TOONS, INC., dba TVT
   RECORDS, a Delaware corporation;
15 CALVIN BROADUS, p/k/a SNOOP
   DOG an individual; NATHANIEL
16 HALE, p/k/a NATE DOG, an individual;
   WARREN GRIFFEN III, p/k/a
17 WARREN G, an individual; and DOES
   1-10 inclusive.
18
19
20          Defendants.
21
22
23
24

   Case No. CV04-7327RSWL (AJWx)

   ~~STIPULATION~~
   DISMISSAL  +
        ORDER

   DOCKETED CN CM

   SEP 3 0 2004

   BY                005

25     Plaintiff MZZ, LLC. ~~stipulates and~~ agrees as follows:

26     1. The above captioned action is hereby dismissed with prejudice and without costs,

27 disbursements and attorney's fees to any party.

28

                                                                    3

2. A facsimile of this Stipulation shall be deemed to be and considered and treated as an original and have the same force and effect as an original.

3.. Fax signatures shall be deemed to be and considered and treated as original signatures and have the same force and effect as original signatures.

Dated: September 23, 2004

NOVIAN & NOVIAN, LLP
Attorneys At Law

By:_____
Farhad Novian
Attorneys for Plaintiff
MZZ, LLC

IT IS SO ORDERED:

1.    The instant action is hereby dismissed with prejudice;

2.    The instant d without costs, disbursements and attorney's fees to any party.

DATED: 9-29-04

RONALD S.W. LEW
_____
The Honorable Ronald S.W. Lew
United States District Court Judge